# James Cohan Gallery



**ROXY PAINE**
*Specimen Case*, 1996
Bondo, pins, mahogany and glass
48 x 60 inches (122 x 152.4cm)

# James Cohan Gallery

**FACT SHEET**

**ROXY PAINE**
*Specimen Case*, 1996
Bondo, pins, mahogany and glass
48 x 60 inches (122 x 152.4cm)
*Subject to prior sale*

**Provenance:**
Roxy Paine Studio, Brooklyn, NY
Ronald Feldman Fine Arts, New York, NY
Private Collection, New York, NY and Miami, FL

**Bibliography:**
Heartney, Eleanor. *ROXY PAINE.* Prestel Publishing, New York and Munich, 2009.
Ketner, Joseph D and Lynn Herbert, ed. *Roxy Paine: Second Nature.* Contemporary Arts Museum, Houston and the Rose Art Museum, Brandeis University, Waltham, 2002.

*"In earlier works including Specimen Case, the artist disssected the brushstrokes of a painting, the supreme mark of individual expression. [Paine] molded them into individually sculpted components, as if producing a kit ready to assemble into a painting. Whether they are the painting, drawing, or scupture machines – the artist employs them to divorce the act of creation from direct human gesture and touch, and casts doubt upon the value of the unique art object."*

- **Joseph D. Ketner, "Introduction,"** *Roxy Paine: Second Nature*, **Contemporary Arts Museum, Houston and the Rose Art Museum, Brandeis University, 2002**